**EXHIBIT "A"**

140476/140481 PJO/la

IN THE COURT OF COMMON PLEAS

COLUMBIANA COUNTY, OHIO

| | |
|---|---|
| State Farm Fire & Casualty Company<br>P.O. Box 106173<br>Atlanta, GA 30348 | CASE NO.: 24CV68<br><br>JUDGE: **SCOTT WASHAM** |
| Plaintiff | |
| vs. | |
| Norfolk Southern Railroad Company<br>650 W. Peachtree St. N.W.<br>Atlanta, GA 30308-1925 | **COMPLAINT** |
| and | |
| Norfolk Southern Corporation<br>650 W. Peachtree St. N.W.<br>Atlanta, GA 30308-1925 | |
| Defendants | |

## COUNT ONE

1. On February 3, 2023, and at all times material herein, Plaintiff was the insurer, assignee, and subrogee of Justin Daubenmire, who was the owner of the real and property located at 521 E. Main Street in East Palestine, Ohio.

2. At all times material herein, Defendant Norfolk Southern Railroad Company (NSR) is a Class I railroad organized and existing under the laws of the Virginia, with its principal place of business in Norfolk, Virginia. NSR is a wholly owned subsidiary of Defendant Norfolk Southern Corporation, which is organized and existing under the laws of Virginia, with its principal place of business in Atlanta, Georgia.

3. At all times material herein, NSR operates approximately 19,300 route miles in 22 states in the District of Columbia, including the railroad tracks in and around East Palestine, Columbiana County, Ohio, and serves every major container port in the eastern United States.

4. On February 3, 2023, at approximately 9:00 p.m., a train operated by NSR traveling from Illinois to Pennsylvania derailed in and around the City of East Palestine, Columbiana County, Ohio. Approximately 100 cars derailed, including numerous railcars carrying hazardous materials, including vinyl chloride. The hazardous chemicals and materials ignited resulting in a fire which created toxic fumes, smoke and soot.

5. The derailment and subsequent chemical fire was the direct and proximate result of the negligence of Defendants in the inspection, maintenance and operation of the subject train and its railcars, defects in NSR's track system and/or defects in one or more of the railcars.

6. As a result of the derailment, fire and chemical spill, an immediate evacuation of all homes and businesses in a one to two-mile radius of the incident site was initiated.

7. As a direct and proximate result of the negligence of the Defendants, Plaintiff insured's real property was damaged requiring replacement and/or repair in the amount of $32,025.75.

8. As a direct and proximate result of the negligence of the Defendants, Plaintiff insured's personal property was damaged requiring replacement and/or repair and/or destruction in the amount of $39,374.47.

9. Plaintiff made payment to or on behalf of its insured Justin Daubenmire in the amount of $74,199.22, subject to a $2,799.00 deductible, and became subrogated to said amount.

## COUNT TWO

10. Plaintiff reiterates and realleges paragraphs 1 through 9 as if fully rewritten and restated herein.

11. On February 10, 2023, and at all times material herein, Plaintiff was the insurer, assignee, and subrogee of Barbara Georgescu, who was the owner of personal property located at 274 Alice Street in East Palestine, Ohio.

12. On February 3, 2023, at approximately 9:00 p.m., a train operated by NSR traveling from Illinois to Pennsylvania derailed in and around the City of East Palestine, Columbiana County, Ohio. Approximately 100 cars derailed, including numerous railcars carrying hazardous materials, including vinyl chloride. The hazardous chemicals and materials ignited resulting in a fire which created toxic fumes, smoke and soot.

13. The derailment and subsequent chemical fire was the direct and proximate result of the negligence of Defendants in the inspection, maintenance and operation of the subject train and its railcars, defects in NSR's track system and/or defects in one or more of the railcars.

14. As a result of the derailment, fire and chemical spill, an immediate evacuation of all homes and businesses in a one to two-mile radius of the incident site was initiated.

15. As a direct and proximate result of the negligence of the Defendants, Plaintiff insured's personal property was damaged requiring replacement and/or repair in the amount of $13,051.06.

16. Plaintiff made payment to or on behalf of its insured Barbara Georgescu in the amount of $13,051.06, subject to a $500.00 deductible, and became subrogated to said amount.

WHEREFORE, Plaintiff demands judgment against the Defendant jointly and/or severally as follows:

As to Count I, Plaintiff demands judgment in the amount of $74,199.22, plus statutory interest, plus the costs of this action; and

As to Count II, Plaintiff demands judgment in the amount of $13,051.06, plus statutory interest, plus the costs of this action.

KEIS | GEORGE llp
Attorneys for Plaintiff
55 Public Square, #1900
Cleveland, Ohio 44113
216.241.4100 / F 216.771.3111

Patrick J. O'Malley (0064987)
Herbert L. Nussle (0063551)

# COURT OF COMMON PLEAS
COLUMBIANA COUNTY, OHIO

## CASE DESIGNATION – CIVIL CASE TYPE

STATE FARM FIRE & CASUALTY COMPANY

VS

NORFOLK SOUTHERN RAILROAD COMPANY,

Case No.: 24CU68

## SCOTT WASHAM

A. **PROFESSIONAL TORT**
- _____ PROFESSIONAL TORT
- _____ LEGAL MALPRACTICE
- _____ MEDICAL MALPRACTICE
- _____ PERSONAL INJURY
- _____ WRONGFUL DEATH

B. **PRODUCT LIABILITY**
- _____ PRODUCT LIABILITY
- _____ PERSONAL INJURY
- _____ WRONGFUL DEATH
- _____ LEMON LAW
- _____ ASBESTOS CASES

C. **OTHER TORT**
- ✓ OTHER TORT
- _____ PERSONAL INJURY
- _____ VEHICLE ACCIDENT
- _____ WRONGFUL DEATH

D. **WORKER'S COMPENSATION**
- _____ APPEAL BUREAU OF WORKER'S COMP
- _____ NONCOMPLAINACE BUR. WORKERS' COMP

E. **FORECLOSURE**
- _____ FORECLOSURE
- _____ FORECLOSURE (TAXES)

F. **ADMINISTRATIVE APPEAL**
- _____ ADMINISTRATIVE APPEAL
- _____ CIVIL SERVICE
- _____ LIQUOR
- _____ MOTOR VEHICLE
- _____ TAXES
- _____ UNEMPLOYMENT
- _____ ZONING

H. **OTHER CIVIL**
- _____ APPROPRIATION
- _____ ACCOUNTING
- _____ BEYOND JURISDICTION
- _____ BREACH OF CONTRACT
- _____ CANCEL LAND CONTRACT
- _____ CHANGE OF VENUE
- _____ CLASS ACTION
- _____ CONSUMERS SALES ACT
- _____ CONVEY DECLARED VOID
- _____ DECLARATORY JUDGMENT
- _____ DELIQUENT TAX
- _____ DISCHARGE MECHANIC LIEN
- _____ DISSOLVE PARTNERSHIP
- _____ HABEUS CORPUS
- _____ INJUNCTION
- _____ MANDAMUS (RIGHT OF WAY)
- _____ ON ACCOUNT
- _____ PARTITION
- _____ QUIET TITLE
- _____ REPLEVIN
- _____ SALE OF REAL ESTATE
- _____ SPECIFIC PERFORMANCE
- _____ RESTRAINING ORDER
- _____ TESTIMONY
- _____ FOREFEITURE
- _____ COGNOVIT
- _____ MONEY ONLY
- _____ SEIZURE WARRANT

I. **CRIMINAL**

SUBMITTED BY:

/s/ Patrick J. O'Malley       02/22/2024

## Court of Common Pleas, Columbiana County, Lisbon, Ohio

### Summons

Rule 4 1970, Ohio Rules of Civil Procedure

Case No.: 2024 CV 00068

SCOTT A WASHAM
JUDGE

*Summons on Complaint*

STATE FARM FIRE & CASUALTY COMPANY
PO BOX 106173
ATLANTA, GA 30348

Plaintiff(s)

VS.

NORFOLK SOUTHERN RAILROAD COMPANY
650 W PEACHTREE ST. N. W.
ATLANTA, GA 30308

Defendant(s)

**FILED**
Columbiana County Common Pleas Court
**February 22, 2024**
**ANTHONY J. DATTILIO**
**CLERK OF COURTS**

To the below named Defendant(s):
NORFOLK SOUTHERN RAILROAD COMPANY
650 W PEACHTREE ST. N. W.
ATLANTA, GA 30308

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this Court by the Plaintiff(s) named herein.

You are required to serve upon the Plaintiff's Attorney, or upon the Plaintiff if no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. **Said answer must be filed with this Court within three (3) days after service on Plaintiff's Attorney.**

The name and address of the Plaintiff's Attorney is as follows:

PATRICK J O'MALLEY ESQ.        (216)241-4100 (W)
55 PUBLIC SQ., SUITE 1900
CLEVELAND, OH 44113

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

Witness, My signature and seal of said Court on this February 22, 2024,



**Anthony J. Dattilio**
105 South Market Street
Lisbon, Ohio 44432

Deputy Clerk

*Court of Common Pleas, Columbiana County, Lisbon, Ohio*

*Summons*

Rule 4 1970, Ohio Rules of Civil Procedure

Case No.: 2024 CV 00068

SCOTT A WASHAM
JUDGE

*Summons on Complaint*

STATE FARM FIRE & CASUALTY COMPANY
PO BOX 106173
ATLANTA, GA 30348

Plaintiff(s)

VS.

NORFOLK SOUTHERN RAILROAD COMPANY
650 W PEACHTREE ST. N. W.
ATLANTA, GA 30308

Defendant(s)

**FILED**
Columbiana County Common Pleas Court
**February 22, 2024**
**ANTHONY J. DATTILIO**
**CLERK OF COURTS**

To the below named Defendant(s):
NORFOLK SOUTHERN CORPORATION
650 W. PEACHTREE ST. N. W.
ATLANTA, GA 30308

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this Court by the Plaintiff(s) named herein.

You are required to serve upon the Plaintiff's Attorney, or upon the Plaintiff if no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this Court within three (3) days after service on Plaintiff's Attorney.

The name and address of the Plaintiff's Attorney is as follows:

PATRICK J O'MALLEY ESQ.   (216)241-4100 (W)
55 PUBLIC SQ., SUITE 1900
CLEVELAND, OH 44113

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

Witness, My signature and seal of said Court on this February 22, 2024,

**Anthony J. Dattilio**
105 South Market Street
Lisbon, Ohio 44432

Certified Article Number
9414 7266 9904 2220 7197 05
SENDER'S RECORD

Deputy Clerk

9590 9266 9904 2220 7197 06

# U.S. Postal Service® CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2220 7197 12

| | |
|---|---|
| **Certified Mail Fee** $ | |
| **Return Receipt (Hardcopy)** $ | |
| **Return Receipt (Electronic)** $ | **Postmark Here** |
| **Certified Mail Restricted Delivery** $ | |
| **Postage** $ | |
| **Total Postage and Fees** $ 8.69 | |

FILED
COLUMBIANA COUNTY
COURT OF COMMON PLEAS
FEB 23 2024
ANTHONY J. DAMIANO
CLERK

**Sent to:**
NORFOLK SOUTHERN RAILROAD COMPANY
650 W PEACHTREE ST. N.W.
ATLANTA, GA 30308

**Reference Information**

COLUMBIANA COMMON PLEAS

2024 CV 00068

8.69

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

## USPS® ARTICLE NUMBER

9414 7266 9904 2220 7197 05

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ 8.69 |

**FILED**
COLUMBIANA COUNTY
COURT OF COMMON PLEAS

FEB 23 2024

ANTHONY J. DATTILIO
CLERK

**Postmark Here**

Sent to:
NORFOLK SOUTHERN CORPORATION
650 W. PEACHTREE ST. N. W.
ATLANTA, GA 30308

LISBON OH 44432
FEB 23 2024
USPS

Reference Information

COLUMBIANA COMMON PLEAS
2024 CV 00068

8-69