UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | ) |
| | ) CASE NO. 4:24-CV-00587 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| NORFOLK SOUTHERN RAILROAD COMPANY AND NORFOLK SOUTHERN CORPORATION, | ) |
| | ) |
| Defendants. | ) **ORDER** |

AND NOW, this <u>10th</u> day of July, 2025, upon consideration of the Joint Stipulation of Dismissal filed on behalf of the parties pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), it is hereby ORDERED that the Stipulation is GRANTED, and that the civil case be, and the same is hereby dismissed, with prejudice.  Each party to bear its own attorney's fees and costs.

BY THE COURT:

/s/ *Benita Y. Pearson*
Benita Y. Pearson
United States District Judge